UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TOBY TERESA GIGONEY, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-00397-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| CITY OF SPARKS POLICE OFFICERS, ) et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5[1]) entered on September 22, 2010, recommending dismissing Plaintiff's complaint with prejudice, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#5) entered on September 22, 2010, should be adopted and accepted.

///

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5)
2  entered on September 22, 2010, is adopted and accepted, and Plaintiff's complaint is DISMISSED with
3  prejudice.
4  IT IS SO ORDERED.
5  DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE